# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE ANN MACE,** | : | No. 3:15cv1229 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Saporito) |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of the Social Security** | : | |
| **Administration,** | : | |
| **Defendant** | : | |

## **ORDER**

**AND NOW**, to wit, this 8th day of November 2016, it is hereby **ORDERED** as follows:

1. Plaintiff Julie Ann Mace's (hereinafter "plaintiff") first objection to the Report and Recommendation (Doc. 20) is **SUSTAINED**;

2. The Report and Recommendation of Magistrate Judge Judge Joseph F. Saporito, Jr. (Doc. 19) is **NOT ADOPTED**;

3. Plaintiff's appeal is **GRANTED** and the Commissioner of Social Security's decision denying plaintiff's application for disability insurance and widow's benefits is **VACATED**;

4. The Clerk of Court is directed to enter judgment in favor of plaintiff and against the defendant; and

5. The Clerk of Court is further directed to **REMAND** this case to the Commissioner of Social Security for further proceedings consistent with the foregoing Memorandum and to close this case.

        **BY THE COURT**

        **s/ James M. Munley**
        **JUDGE JAMES M. MUNLEY**
        **United States District Court**